UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-SOUTHERN DIVISION

| | |
|---|---|
| OMAR SHERIFF PRYCE, | ) SA CV 09-874-SVW (SH) |
| Petitioner, | ) JUDGMENT |
| v. | ) |
| FRANCISCO JACQUEZ, | ) |
| Respondent. | ) |

Pursuant to the Order of the Court adopting the conclusions and recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is dismissed with prejudice.

DATED: March 24, 2010

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE